NESTELL et al,
*Respondents,*

*v.*

RYTHER,
*Appellant.*

(16-80-11421; CA A25346)

660 P2d 1098

Thomas Murphy, Eugene, argued the cause for appellant. On the brief were Robert D. Woods and Cass, Scott, Woods & Smith, Eugene.

Randall E. Thwing, Eugene, argued the cause for respondents. With him on the brief was Thwing & Thwing, Eugene.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

Based upon a concession made by counsel for plaintiffs-respondents at the time of oral argument, the trial court's judgment in favor of plaintiffs in this action for breach of a lease is reduced by $84.98 to the sum of $21,451.96. *See* Or Const, Art VII (Amended), § 3. In all other respects, the judgment is affirmed.

Judgment for plaintiffs modified to sum of $21,451.96, and affirmed as modified.